```
            IN THE UNITED STATES DISTRICT COURT
              FOR THE DISTRICT OF MARYLAND
```

VICTORIA E. DURR                *

        Plaintiff       *

        vs.             *   CIVIL ACTION NO. MJG-12-579

ANTHONY REGINALD DIDONATO,      *
et al.
        Defendants      *

\*     \*     \*     \*     \*     \*     \*     \*     \*

## JUDGMENT ORDER

By separate Order issued this date, the Court has granted Plaintiff's Motion for Default Judgment.

Accordingly:

1. Judgment shall be, and hereby is, entered in favor of Plaintiff, Victoria E. Durr, against Defendants, Anthony Reginald Didonato a/k/a Tony Didonato d/b/a Rapid Recovery Credit & Collections and Does 1-10, in the amount of $1,000 for damages, legal fees of $2,040.00, and expenses of $471.42; a total of $3,511.42 with judgment interest thereon.

2. This Order shall be deemed to be a final Judgment within the meaning of Rule 58 of the Federal Rules of Civil Procedure.

SO ORDERED, on <u>Friday, August 10, 2012</u>.

                                                    /s/_____
                                           Marvin J. Garbis
                                  United States District Judge